```
1  Bryan Mashian, Esq.
   Mashian Law Group, APC
2  11777 San Vicente Blvd. Suite 640
3  Los Angeles, CA 90049
   Tel: (310) 207-1464 Ext. 1
4  E-Mail: Bryan@Mashianlaw.com
5
6  Attorneys For Cross-Claimant
   Green Water Gas, Inc.
7
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JUAN GARIBAY,<br><br>       Plaintiff,<br>v.<br><br>GREEN WATER GAS, INC., a Wyoming Corporation; PELICAN ENDEAVORS, INC., a California Corporation; and DOES 1 through 10,<br><br>       Defendants. | **Case No. 2:20-cv-00790-RGK-AS**<br><br>**NOTICE OF SETTLEMENT OF CROSS-CLAIM** |
| GREEN WATER GAS, INC., a Wyoming Corporation,<br><br>       Cross-Claimant,<br>v.<br><br>PELICAN ENDEAVORS, INC., a California Corporation; and ROES 1 through 10,<br>       Cross-Defendants. | |

**TO THE COURT, ALL PARTIES, AND COUNSEL FOR ALL PARTIES:**

**PLEASE TAKE NOTICE** that Cross-Claimant Green Water Gas, Inc. ("Green Water") and Cross-Defendant Pelican Endeavors, Inc. ("Pelican") have reached a binding agreement to resolve Green Water's claims against Pelican pending in this action. Green Water and Pelican are in the process of drafting and executing the formal settlement agreement and related dismissal papers. The Parties expect that the final executed Joint Stipulation of Dismissal of all claims will be filed within thirty (30) days of the date on which this Notice of Settlement is filed.

Respectfully submitted,

Dated: June 1, 2021                    **MASHIAN LAW GROUP, APC**

                                                 By:    /s/ Bryan Mashian
                                                       Bryan Mashian, Esq.
                                                       Attorneys for Cross-Claimant
                                                     **GREEN WATER GAS, INC.**

## PROOF OF SERVICE BY CM/ECF
### F.R.C.P. Rule 5(b)(1)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 11777 San Vicente Blvd., Suite 640, Los Angeles, California 90049.

    On June 1, 2021, I served the foregoing documents described **NOTICE OF SETTLEMENT OF CROSS-CLAIM** on interested parties as follows:

    Frank C. Brucculeri, Esq.
    Frank Brucculeri Law Corp.
    24341 La Hermosa Ave.
    Laguna Niguel, CA 92677

    **By CM/ECF.** I caused the document to be transmitted electronically to the persons above through the United States District Court, Central District of the State of California's CM/ECF service to the addresses listed on the CM/ECF website for service.

    I am a resident or employed in the county where the filing occurred. The filing was made at Los Angeles, California.

    I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

    Executed on June 1, 2021 at Los Angeles, California.

_____
Yessica Juarez