Bryan Mashian, Esq.
Mashian Law Group, APC
11777 San Vicente Blvd. Suite 640
Los Angeles, CA 90049
Tel: (310) 207-1464 Ext. 1
E-Mail: Bryan@Mashianlaw.com
Attorneys for Cross-Claimant
Green Water Gas, Inc.

Frank C. Brucculeri, Esq.
Frank Brucculeri Law Corp.
24341 La Hermosa Avenue
Laguna Niguel, CA 92677
Tel: 562-682-7064
E-Mail: Frank@Brucculeri.com
Attorneys for Defendant and Cross-Defendant
Pelican Endeavors, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JUAN GARIBAY,<br><br>  Plaintiff,<br><br>v.<br><br>GREEN WATER GAS, INC., a Wyoming Corporation; PELICAN ENDEAVORS, INC., a California Corporation; and DOES 1 through 10,<br><br>  Defendants. | **Case No. 2:20-cv-00790-FLA-AS**<br><br>**STIPULATION AND JOINT REQUEST FOR DISMISSAL WITH PREJUDICE OF GREEN WATER GAS, INC.'S CROSS-COMPLAINT AGAINST PELICAN ENDEAVORS, INC. UNDER FEDERAL RULES OF CIVIL PROCEDURE RULE 41(a)** |

1

**STIPULATION FOR DISMISSAL OF CROSS-CLAIM WITH PREJUDICE**

```
1    GREEN WATER GAS, INC., a
     Wyoming Corporation
2
3              Cross-Claimant
4
5    v.
     PELICAN ENDEAVORS, INC., a
6    California Corporation; and ROES 1
7    through 10,
8
               Cross-Defendants
9
10
```

Cross-Claimant Green Water Gas, Inc. ("Green Water") and Cross-Defendant Pelican Endeavors, Inc. ("Pelican"), by and through their respective counsel of record, hereby stipulate and jointly request that this action be dismissed, with prejudice, as to all claims, causes of action and parties now pending in or relating to Case No. 2:20-cv-00790-FLA-AS pursuant to Federal Rule of Civil Procedure Rule 41(a). Each party shall bear its own respective costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: August 9, 2021                **MASHIAN LAW GROUP, APC**

                                     By:  /s/ Bryan Mashian
                                          Bryan Mashian, Esq.
                                          Attorneys for Cross-Claimant
                                          **GREEN WATER GAS, INC.**

/ / /

/ / /

2

**STIPULATION FOR DISMISSAL OF CROSS-CLAIM WITH PREJUDICE**

| | |
|---|---|
| Dated: August 9, 2021 | **FRANK BRUCCULERI LAW CORP.**<br><br>By:  s/Frank C. Brucculeri<br>        Frank C. Brucculeri, Esq.<br>        Attorneys for Cross-Defendant<br>        PELICAN ENDEAVORS, INC. |

**STIPULATION FOR DISMISSAL OF CROSS-CLAIM WITH PREJUDICE**